NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
JOHN T. HANSEN - #034639
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438


ANN BRICK - # 65296
ALAN L. SCHLOSSER - # 49957
MARK SCHLOSBERG - #209144
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF NORTHERN CALIFORNIA, INC.
1663 Mission Street, Suite 460
San Francisco, CA 94103
Telephone: (415) 621-2493
Facsimile: (415) 255-8437


KEKER & VAN NEST, LLP
STACEY L. WEXLER - #184466
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN BENITEZ, a minor, by BENJAMIN BENITEZ, his guardian ad litem; VICTOR MUNOZ, a minor, by ANGELA MUNOZ, his guardian ad litem; and JESSICA PRENTICE, a minor, by RONALD PRENTICE, her guardian ad litem, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DON MONTOYA, Principal Logan High School, in his personal and official capacities; SUSAN SPEAKMAN Acting Superintendent, New Haven Unified School District, in her official capacity; GWEN ESTES, President, New Haven Unified School District Board of | Case No. C 03 0392 JSW<br><br>**STIPULATION RE BRIEFING SCHEDULE; [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | Education, in her personal and official capacities; BARBARA AROVALLE, JONAS DINO, LINDA FERNANDES, JIM NAVARRO, Members, and CATHY KELLEY, Former Member, New Haven Unified School District Board of Education, in their personal and official capacities; RUTH ANN McKENNA, Former Superintendent, New Haven Unified School District, in her personal capacity; LORRIE BARRERA, Logan High School House Three Principal in her personal and official capacities; CRAIG LANG, Logan High School House Principal in his personal and official capacities; JESUS VARELA, Logan High School House Principal in his personal and official capacities; JASON ROBARGE, Logan High School Former Assistant Principal, Activities, in his personal and official capacities; DAN FOWLER, Logan High School Assistant Principal in his personal and official capacities; STERLING BRUNER, Logan High School Administrator, in his personal and official capacities; LISA GARCIA, Logan High School Administrator, in her personal and official capacities; JENNIFER DANIELS CROWELL, Logan High School Administrator, in her personal and official capacities; CITY OF UNION CITY; RANDY ULIBARRI, Police Chief, City of Union City, in his personal and official capacities; UNION CITY POLICE LIEUTENANT DONALD SCHUITEMAKER, in his personal and official capacities; UNION CITY POLICE OFFICERS JEFFREY BILODEAU, TODD BLACKWELL, RAOUL GALINDO, GLORIA LOPEZ-VAUGHN, BOB MARTIN, RAY MUNOZ, DEAN SATO and BRIAN SIMON, in their personal and official capacities; CITY OF FREMONT; POLICE AGENTS WILLIAM CARRATINI and RUSSELL SCHATZINGER, in their personal and official capacities; and DOES 4-25 and 30-50, in their personal and official capacities, inclusive,, |
| | Defendants. |

Pursuant to Local Civil Rules 6-2 and 7-12, the Plaintiffs and Defendants City of Fremont, William Carratini, and Russell Schatzinger (collectively, "the Fremont Defendants"), by and through their respective counsel, stipulate to and respectfully request the following:

WHEREAS, the parties appeared before the Court for a Case Management Conference on April 15, 2005;

WHEREAS, at the April 15, 2005 Case Management Conference, the Court ordered that Plaintiffs file their opposition to the Fremont Defendants' supplemental brief in support of their motion to dismiss and their reply to the Fremont Defendants' supplemental response to Plaintiffs' class certification motion, on June 3, 2005, and that a hearing on those motions, if necessary, would take place on June 24, 2005;

WHEREAS, Plaintiffs and the Fremont Defendants were scheduled to meet on May 10, 2005 to resume settlement negotiations;

WHEREAS, on May 3, 2005, in compliance with the Court's order, Plaintiffs provided the Fremont Defendants with copies of their settlement agreements with the School Defendants and the Union City Defendants subject to the Fremont Defendants maintaining the confidentiality of those agreements;

WHEREAS, on May 4, 2005, the Fremont Defendants informed Plaintiffs that they would need to reschedule the settlement meeting to May 16, 2005 to allow the City Attorney for the City of Fremont to attend the meeting and to allow additional time for the City and its police administration to review the Policy Agreement between Plaintiffs and Union City;

WHEREAS, the Court has previously continued the deadlines for filing the above-referenced briefs based on the status of the ongoing settlement negotiations;

IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES that the current deadlines for the filing of Plaintiffs' supplemental opposition and reply briefs should be continued by the Court pending the outcome of settlement negotiations between Plaintiffs and the Fremont Defendants. Plaintiffs and the Fremont Defendants will provide the Court with an update on the status of settlement negotiations, without disclosing any confidential information, on May 27, 2005. The parties submit that good cause exists for the request based on the status of

the ongoing settlement negotiations. For the reasons stated above, the parties hereby respectfully request that the Court enter the stipulation as its Order.

Dated: May 10, 2005          KEKER & VAN NEST, LLP


By:    /s/ Stacey L. Wexler
STACEY L. WEXLER
Attorneys for Plaintiffs

Dated: May 10, 2005          BERTRAND, FOX & ELLIOT


By:    /s/ Gregory Fox
GREGORY FOX
Attorneys for Fremont Defendants

I attest that concurrence in the filing of the above stipulation has been obtained from Gregory Fox.

Dated: May 10, 2005          KEKER & VAN NEST, LLP


By:    /s/ Stacey L. Wexler
STACEY L. WEXLER
Attorneys for Plaintiffs

1 [PROPOSED] ORDER

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 Dated: May 10, 2005

/s/ Jeffrey S. White
_____
JEFFREY S. WHITE
U.S. District Court Judge

3

STIPULATION RE BRIEFING SCHEDULE; [PROPOSED] ORDER
CASE NO. C 03 0392 JSW

351761.01