```
```

GREGORY M. FOX, Esq. SBN 070876
ARLENE C. HELFRICH, Esq.. SBN 96461
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

HARVEY LEVINE, Esq. SBN 61880
CITY OF FREMONT
City Attorney's Office
39100 Liberty St.
P.O. Box 5006
Fremont, CA 94537-5006

Attorneys for Defendants CITY OF FREMONT,
WILLIAM CARRATINI and RUSSELL SCHATZINGER

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| BRIAN BENITEZ, a minor, by BENJAMIN BENITEZ, his guardian ad litem; VICTOR MUNOZ, a minor, by ANGELA MUNOZ, his guardian ad litem; and JESSICA PRENTICE, a minor, by RONALD PRENTICE, her guardian ad litem, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DON MONTOYA, Principal Logan High School, in his personal and official capacities; SUSAN SPEAKMAN acting superintendant, New Haven Unified School District, in her official capacity; GWEN ESTES, President, New Haven Unified School District Board of Education, in her personal and official capacities; BARBARA AROVALLE, JONAS DINO, LINDA FERNANDES, JIM NAVARRO, Members, and CATHY KELLY, Former Member, New Haven Unified School District Board of Education, in their official capacities; RUTH ANN MCKENNA, Former Superintendent, New Haven Unified School District, in her personal capacity; LORRIE BARRERA, Logan High School House Three Principal in her personal and official capacities; CRAIG LANG, Logan High School House Principal in his personal and official capacities; JESUS VARELA, Logan High School | Case No.: C 03-0392 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTION TO DETERMINE GOOD FAITH SETTLEMENT** |

1

STIPULATION AND (PROPOSED) ORDER CONTINUING MOTIONS RE: GOOD FAITH SETTLEMENT  Case Nos. C 03 0392 JSW

| | |
|---|---|
| House Principal in his personal and official capacities; JASON ROBARGE, Logan High School Former Assistant Principal, Activities, in his personal and official capacities; DAN FOWLER, Logan High Scholl Assistant Principal in his personal and official capacities; CITY OF UNION CITY; RANDY ULIBARRI, Police Chief, City of Union City, in his personal and official capacities; UNION CITY POLICE OFFICERS JEFFREY BILODEAU, TODD BLACKWELL, RAOUL GALINDO, GLORIA LOPEZ-VAUGHN, BOB MARTIN, RAY MUNOZ, DEAN SATO and BRIAN SIMON; CITY OF FREMONT; POLICE AGENTS WILLIAM CARRATINI and RUSSELL SCHATZINGER in their personal and official capacities; and DOES 4-25 and 30-50, in their personal and official capacities, inclusive,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

In light of the continuing settlement discussions between plaintiffs and the Fremont defendants, and their scheduled settlement conference with Magistrate Judge Larson on June 8, 2005, the parties stipulate and request that the Motions to Determine Good Faith Settlement filed by Union City and School District defendants, both currently set for June 24, 2004 at 9:00 a.m., be continued to August 19, 2005, at 9:00 a.m., this date is mutually agreeable to the parties as set forth below.

## STIPULATION

All parties agree to continue the Motions to Determine Good Faith Settlement filed on behalf of the Union City and School District defendants from Friday June 24, 2005 to Friday August 19, 2005 at 9:00 a.m. These parties further stipulate and agree to stay matters in the case other than the CMC, settlement discussions, and the briefing on the good faith motion.

So stipulated.

Dated: June 09, 2005

/s/Alan M. Cohen
ALAN M. COHEN
Attorney for the Union City Defendants

Dated: June 09, 2005

|  |  |
|---|---|
|  | /s/Donald A. Velez |
|  | DONALD A. VELEZ |
|  | Attorney for the School District Defendants |

Dated: June 09, 2005

/s/Gregory M. Fox
GREGORY M. FOX
Attorney for the Fremont Defendants

## **ORDER**

Having reviewed the Stipulation of these parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Motions to Determine Good Faith Settlement filed by the Union City and School District defendants currently set for June 24, 2005 be continued to August 19, 2005. Because the Court's calendar on August 19, 2005, is particularly heavy, the Court encourages the parties to stipulate to advancing the briefing schedule on the motion.

SO ORDERED.

June 9, 2005

DATE

/s/ Jeffrey S. White

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE