IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BENITEZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>DON MONTOYA, et al.<br><br>    Defendants.<br>_____ / | No. C 03-00392 JSW<br><br>**ORDER GRANTING MOTIONS FOR ORDER DETERMINING GOOD FAITH SETTLEMENT** |

This matter comes before the Court upon consideration of motions for orders determining good faith settlements entered in this action between: (1) Plaintiffs and Defendants Don Montoya, Susan Speakman, Gwen Estes, Barbara Arovalle, Jonas Dino, Linda Fernandes, Jim Navarro, Cathy Kelly, Ruth Ann McKenna, Lorrie Barrera, Craig Lang, Jesus Varela, Jason Robarge, Dan Fowler, Sterling Bruner, Lisa Garcia, and Jennifer Daniels Crowell ("School District Defendants"; and (2) Defendants City of Union City, Randy Ulibarri, Donald Schuitekmaker, Jeffrey Bilodeau, Todd Blackwell, Raoul Galindo, Gloria Lopez-Vaughn, Bob Martin, Ray Munoz, Dean Sato, and Brian Simon ("Union City Defendants").

Defendants City of Fremont, William Carratini and Russell Schatzinger ("Fremont Defendants") have filed statements of non-opposition to the School District Defendants' and the Union City Defendants' motions.

Plaintiffs, the School District Defendants, and the Union City Defendants ask this Court to conclude that the respective Settlement Agreements and Mutual Release were made and entered into in good faith pursuant to California Code of Civil Procedure § 877.6. Having

considered the motions, relevant legal authority, the pleadings and papers on file in this case, and the lack of opposition by the Fremont Defendants, the Court finds these matters to be suitable for disposition on the papers and VACATES the August 19, 2005 hearing date. *See* N.D. Civ. L.R. 7-1(b).

The Court has reviewed the terms of each Settlement Agreement and Mutual Release and concludes that those terms are fair and reasonable, and that the agreements were made and entered into in good faith within the meaning and effect of California Code of Civil Procedure section 877.6. Accordingly, the motions are GRANTED.

The parties are directed to submit appropriate dismissals to the Court in accordance with the terms of the Settlement Agreements and Mutual Releases.

It is FURTHER ORDERED that the case management conference scheduled for August 19, 2005 is CONTINUED to November 4, 2005. The parties shall submit a joint case management conference statement by no later than October 28, 2005.

**IT IS SO ORDERED.**

Dated: August 1, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE