|   |   |   |
|---|---|---|
| 1 | NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP | |
|   | JOHN T. HANSEN - #34639 | |
| 2 | 50 California Street, 34th Floor | |
|   | San Francisco, CA 94111-4799 | |
| 3 | Telephone: (415) 398-3600 | |
|   | Facsimile: (415) 398-2438 | |
| 4 | | |
|   | ANN BRICK - #65296 | |
| 5 | ALAN L. SCHLOSSER - #49957 | |
|   | MARK SCHLOSBERG - #209144 | |
| 6 | AMERICAN CIVIL LIBERTIES UNION | |
|   |  FOUNDATION OF NORTHERN CALIFORNIA, INC. | |
| 7 | 1663 Mission Street, Suite 460 | |
|   | San Francisco, CA 94103 | |
| 8 | Telephone: (415) 621-2493 | |
|   | Facsimile: (415) 255-8437 | |
| 9 | | |
|   | KEKER & VAN NEST, LLP | |
| 10 | STACEY L. WEXLER - #184466 | |
|   | 710 Sansome Street | |
| 11 | San Francisco, CA 94111-1704 | |
|   | Telephone: (415) 391-5400 | |
| 12 | Facsimile: (415) 397-7188 | |
| 13 | Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN BENITEZ, a minor, by BENJAMIN BENITEZ, his guardian ad litem; VICTOR MUNOZ, a minor, by ANGELA MUNOZ, his guardian ad litem; and JESSICA PRENTICE, a minor, by RONALD PRENTICE, her guardian ad litem, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>DON MONTOYA, Principal Logan High School, in his personal and official capacities; SUSAN SPEAKMAN Acting Superintendent, New Haven Unified School District, in her official capacity; GWEN ESTES, President, New Haven Unified School District Board of Education, in her personal and official | Case No. C 03 0392 JSW (WDB)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**AS TO UNION CITY DEFENDANTS** |

|   |   |
|---|---|
| 1 | capacities; BARBARA AROVALLE, JONAS DIÑO, LINDA FERNANDES, JIM NAVARRO, Members, and CATHY KELLEY, Former Member, New Haven Unified School District Board of Education, in their personal and official capacities; RUTH ANN McKENNA, Former Superintendent, New Haven Unified School District, in her personal capacity; LORRIE BARRERA, Logan High School House Three Principal in her personal and official capacities; CRAIG LANG, Logan High School House Principal in his personal and official capacities; JESUS VARELA, Logan High School House Principal in his personal and official capacities; JASON ROBARGE, Logan High School Former Assistant Principal, Activities, in his personal and official capacities; DAN FOWLER, Logan High School Assistant Principal in his personal and official capacities; STERLING BRUNER, Logan High School Administrator, in his personal and official capacities; LISA GARCIA, Logan High School Administrator, in her personal and official capacities; JENNIFER DANIELS CROWELL, Logan High School Administrator, in her personal and official capacities; CITY OF UNION CITY; RANDY ULIBARRI, Police Chief, City of Union City, in his personal and official capacities; UNION CITY POLICE LIEUTENANT DONALD SCHUITEMAKER, in his personal and official capacities; UNION CITY POLICE OFFICERS JEFFREY BILODEAU, TODD BLACKWELL, RAOUL GALINDO, GLORIA LOPEZ-VAUGHN, BOB MARTIN, RAY MUNOZ, DEAN SATO and BRIAN SIMON, in their personal and official capacities; CITY OF FREMONT; POLICE AGENTS WILLIAM CARRATINI and RUSSELL SCHATZINGER, in their personal and official capacities; and DOES 4-25 and 30-50, in their personal and official capacities, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | Defendants. |

350583.01

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 03 0392 JSW (WDB)

## STIPULATION

WHEREAS the Plaintiffs and Defendants City of Union City, Randy Ulibarri, Donald Schuitemaker, Jeffrey Bilodeau, Todd Blackwell, Raoul Galindo, Gloria Lopez-Vaughn, Bob Martin, Ray Munoz, Dean Sato, and Brian Simon (all, collectively, "the Union City Defendants") have entered into a Settlement Agreement and Mutual Release, which includes as Exhibit A and incorporates by reference an Agreement Re Union City Police Department Policies and Practices (collectively "Settlement Agreement");

WHEREAS the Settlement Agreement provides that the Plaintiffs shall dismiss with prejudice all remaining claims against the Union City Defendants in the above-captioned action, provided however, that the Court shall retain exclusive jurisdiction, for four years following the Effective Date of the Settlement Agreement, over this action for purposes of resolving any disputes that may arise in the future regarding the Settlement Agreement, its terms or the enforcement thereof;

WHEREAS, pursuant to the Settlement Agreement, the Union City Defendants have agreed to pay attorneys' fees and costs to the American Civil Liberties Union Foundation of Northern California, Inc., the amount of which constitutes statutory attorneys' fees and costs under 42 U.S.C. Sections 1983 and 1988, California Civil Code Sections 51, 51.7, 52(a) and California Code of Civil Procedure Section 1021.5;

NOW, THEREFORE, pursuant to the Agreement of the Parties, as indicated by their signatures below, the claims against City of Union City, Randy Ulibarri, Donald Schuitemaker, Jeffrey Bilodeau, Todd Blackwell, Raoul Galindo, Gloria Lopez-Vaughn, Bob Martin, Ray Munoz, Dean Sato, and Brian Simon are dismissed with prejudice, PROVIDED HOWEVER, THAT the Court shall retain exclusive jurisdiction over this action for four years following the Effective Date of the Settlement Agreement for purposes of resolving any disputes that may arise in the future regarding the SETTLEMENT AGREEMENT AND MUTUAL RELEASE, including the AGREEMENT RE UNION CITY POLICE DEPARTMENT POLICIES AND PRACTICES attached thereto as Exhibit A, its terms or the enforcement thereof.

| | | |
|---|---|---|
| 1 | Dated: June 29, 2005 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>STACEY L. WEXLER<br>Attorneys for Plaintiffs |
| 5 | | |
| 6 | Dated: | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 7 | | |
| 8 | | |
| 9 | | By: _____<br>KIMBERLY COLWELL<br>Attorneys for the Union City Defendants |
| 10 | | |
| 11 | | |
| 12 | | [PROPOSED] ORDER |
| 13 | IT IS SO ORDERED. | |
| 14 | August 10, 2005 | _____<br>HON. JEFFREY S. WHITE<br>UNITED STATES DISTRICT JUDGE |

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 03 0392 JSW (WDB)

350583.01