1  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   JOHN T. HANSEN - #34639
2  50 California Street, 34th Floor
   San Francisco, CA 94111-4799
3  Telephone: (415) 398-3600
   Facsimile: (415) 398-2438
4

   ANN BRICK - #65296
5  ALAN L. SCHLOSSER - #49957
   MARK SCHLOSBERG - #209144
6  AMERICAN CIVIL LIBERTIES UNION
     FOUNDATION OF NORTHERN CALIFORNIA, INC.
7  1663 Mission Street, Suite 460
   San Francisco, CA 94103
8  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
9

   KEKER & VAN NEST, LLP
10 JON B. STREETER - # 101970
   710 Sansome Street
11 San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
12 Facsimile: (415) 397-7188

13 Attorneys for Plaintiffs

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                         SAN FRANCISCO DIVISION
17

18
   BRIAN BENITEZ, a minor, by BENJAMIN          Case No. C 03 0392 JSW (WDB)
19 BENITEZ, his guardian ad litem; VICTOR
   MUNOZ, a minor, by ANGELA MUNOZ, his         **STIPULATION AND [PROPOSED]**
20 guardian ad litem; and JESSICA PRENTICE,     **ORDER OF DISMISSAL WITH**
   a minor, by RONALD PRENTICE, her             **PREJUDICE**
21 guardian ad litem, on behalf of themselves and
   all others similarly situated,
22
                              Plaintiffs,
23
         v.
24
   DON MONTOYA, Principal Logan High
25 School, in his personal and official capacities;
   SUSAN SPEAKMAN Acting Superintendent,
26 New Haven Unified School District, in her
   official capacity; GWEN ESTES, President,
27 New Haven Unified School District Board of
   Education, in her personal and official
28

| | |
|---|---|
| 1 | capacities; BARBARA AROVALLE, JONAS DIÑO, LINDA FERNANDES, JIM NAVARRO, Members, and CATHY KELLEY, Former Member, New Haven Unified School District Board of Education, in their personal and official capacities; RUTH ANN McKENNA, Former Superintendent, New Haven Unified School District, in her personal capacity; LORRIE BARRERA, Logan High School House Three Principal in her personal and official capacities; CRAIG LANG, Logan High School House Principal in his personal and official capacities; JESUS VARELA, Logan High School House Principal in his personal and official capacities; JASON ROBARGE, Logan High School Former Assistant Principal, Activities, in his personal and official capacities; DAN FOWLER, Logan High School Assistant Principal in his personal and official capacities; STERLING BRUNER, Logan High School Administrator, in his personal and official capacities; LISA GARCIA, Logan High School Administrator, in her personal and official capacities; JENNIFER DANIELS CROWELL, Logan High School Administrator, in her personal and official capacities; CITY OF UNION CITY; RANDY ULIBARRI, Police Chief, City of Union City, in his personal and official capacities; UNION CITY POLICE LIEUTENANT DONALD SCHUITEMAKER, in his personal and official capacities; UNION CITY POLICE OFFICERS JEFFREY BILODEAU, TODD BLACKWELL, RAOUL GALINDO, GLORIA LOPEZ-VAUGHN, BOB MARTIN, RAY MUNOZ, DEAN SATO and BRIAN SIMON, in their personal and official capacities; CITY OF FREMONT; POLICE AGENTS WILLIAM CARRATINI and RUSSELL SCHATZINGER, in their personal and official capacities; and DOES 4-25 and 30-50, in their personal and official capacities, inclusive, |

Defendants.

## STIPULATION

WHEREAS the Plaintiffs, on the one hand, and Defendants Gwen Estes, Barbara Aro Valle, Jonas Dino, Linda Fernandes, Jim Navarro, Don Montoya, Susan Speakman, Cathie Kelly, Ruth Ann McKenna, Lorrie Barrera, Craig Lang, Jesus Varela, Jason Robarge, Dan Fowler, Sterling Bruner, Lisa Garcia, and Jennifer Daniels-Crowell (all, collectively, "the School Defendants") and the New Haven Unified School District ("NHUSD"), on the other, have entered into a Settlement Agreement and Mutual Release, which includes as Exhibit A and incorporates by reference an Agreement Concerning Training Program To Be Implemented By The New Haven Unified School District (collectively "Settlement Agreement");

WHEREAS the Settlement Agreement provides that the Plaintiffs shall dismiss with prejudice all remaining claims against the School Defendants in the above-captioned action, provided however, that the Court shall retain exclusive jurisdiction over this action for purposes of resolving any disputes that may arise in the future regarding the Settlement Agreement, its terms or the enforcement thereof;

WHEREAS, pursuant to the Settlement Agreement, NHUSD, and/or NHUSD's insurer have paid attorneys' fees and costs to the American Civil Liberties Foundation of Northern California in the total amount of $43,000, which sum constitutes statutory attorneys' fees and costs under 42 U.S.C. Sections 1983 and 1988, California Civil Code Sections 51, 51.7, 52(a) and California Code of Civil Procedure Section 1021.5;

NOW, THEREFORE, pursuant to the Agreement of the Parties, as indicated by their signatures below, the claims against Don Montoya, Susan Speakman, Gwen Estes, Barbara Aro Valle, Jonas Dino, Linda Fernandes, Jim Navarro, Cathie Kelly, Ruth Ann McKenna, Lorrie Barrera, Craig Lang, Jesus Varela, Jason Robarge, Dan Fowler, Sterling Bruner, Lisa Garcia, and Jennifer Daniels-Crowell are dismissed with prejudice, PROVIDED HOWEVER, THAT the Court shall retain exclusive jurisdiction over this action and over NHUSD for purposes of resolving any disputes that may arise in the future regarding the SETTLEMENT AGREEMENT AND MUTUAL RELEASE, including the AGREEMENT CONCERNING TRAINING

1 | PROGRAM TO BE IMPLEMENTED BY THE NEW HAVEN UNIFIED SCHOOL DISTRICT
2 | attached thereto as Exhibit A, its terms or the enforcement thereof.

Dated: August 18, 2005

By: _____
Ann Brick
ACLU FOUNDATION OF NORTHERN CALIFORNIA
Attorneys for Plaintiffs

Dated: August 23, 2005

MILLER, BROWN & DANNIS

By: _____
DONALD A. VELEZ
Attorneys for the School Defendants

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

August 23, 2005

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 03 0392 JSW (WDB)

347837.01