IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN BENITEZ, et al.

    Plaintiffs,

v.

DON MONTOYA, et al.

    Defendants.

No. C 03-00392 JSW

**ORDER DENYING WITHOUT PREJUDICE MOTION TO CERTIFY CLASS AND MOTION TO DISMISS**

Currently pending before the Court are Plaintiffs' motion to certify this case as a class action and the Fremont Defendants' motion to dismiss. Plaintiffs have now settled with many, but not all, of the Defendants and are continuing to explore settlement with the Fremont Defendants. The parties previously have requested continuances of the briefing schedule and hearings on these motions.

Accordingly, at this time, the Court shall DENY the pending motions WITHOUT PREJUDICE to renewing them in the event the settlement discussions fail. The parties need not re-file the briefing that already has been filed with the Court. Rather, they shall simply file notices stating their intent to renew their respective motions, notice the matters for a hearing, and stipulate to a briefing schedule for the filing of the remaining briefs.

**IT IS SO ORDERED.**

Dated: September 22, 2005

                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE