GREGORY M. FOX, Esq. SBN 070876
ARLENE C. HELFRICH, Esq.. SBN 96461
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: 415.353.0999
Facsimile: 415.353.0990

HARVEY LEVINE, Esq. SBN 61880
CITY OF FREMONT
City Attorney's Office
39100 Liberty St.
P.O. Box 5006
Fremont, CA 94537-5006

Attorneys for Defendants CITY OF FREMONT,
WILLIAM CARRATINI and RUSSELL SCHATZINGER

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| BRIAN BENITEZ, et al., | Case No.: C 03-0392 JSW |
| Plaintiff, | |
| vs. | |
| DON MONTOYA, et al., | **STIPULATION AND [PROPOSED] ORDER CONTINUING NOVEMBER 4, 2005 CASE MANAGEMENT CONFERENCE TO FRIDAY, DECEMBER 9, 2005 AT 9AM** |
| Defendants. | |

Plaintiffs and the Fremont defendants are in the process of finalizing their settlement agreement. The terms of the settlement agreement have been approved by both plaintiffs and the Fremont defendants. The signature pages are currently being exchanged, and the damage payments will be forwarded to Plaintiffs. A dismissal of plaintiffs' action against the Fremont defendants will be filed shortly. Therefore, the parties stipulate and request that the Case Management Conference with Judge White in Courtroom 17, 16th floor of the United States District Court, 450 Golden Gate, San Francisco, California 94102, be continued to December 9, 2005, at 9:00 a.m., this date is

1

mutually agreeable to the parties as set forth below.  The parties submit this stipulation and order in lieu of Case Management Statements.

## STIPULATION

All parties agree to continue the Case Management Conference set for November 4, 2005 to Friday, December 9, 2005 at 9:00 a.m.  These parties further stipulate and agree to submit this stipulation and [proposed] order in lieu of submitting Case Management Statements.

So stipulated.

Dated: October 28, 2005

    /s/*Ann Brick*
ANN BRICK
Attorney for Plaintiff

Dated: October 28, 2005

    /s/*Gregory M. Fox*
GREGORY M. FOX
Attorney for the Fremont Defendants

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*

*Dated: October 28, 2005.*

    /s/*Gregory M. Fox*
GREGORY M. FOX
*Bertrand, Fox & Elliot*

2

*STIPULATION AND [PROPOSED] ORDER CONTINUING NOVEMBER 4, 2005 CASE MANAGEMENT CONFERENCE TO DECEMBER 9th, 2005* Case Nos. C 03 0392 JSW

## **ORDER**

Having reviewed the Stipulation of these parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Case Management Conference set for November 4, 2005 at ~~9am~~ 1:30 p.m., be continued to December 9, 2005 at ~~9am~~ 1:30 p.m. The parties submit this stipulation in lieu of Case Management Statements.

SO ORDERED.

October 28, 2005
DATE

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3

*STIPULATION AND [PROPOSED] ORDER CONTINUING NOVEMBER 4, 2005 CASE MANAGEMENT CONFERENCE TO DECEMBER 9th, 2005* Case Nos. C 03 0392 JSW