NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
JOHN T. HANSEN - #34639
50 California Street, 34th Floor
San Francisco, CA 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

ANN BRICK - #65296
ALAN L. SCHLOSSER - #49957
MARK SCHLOSBERG - #209144
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF NORTHERN CALIFORNIA, INC.
1663 Mission Street, Suite 460
San Francisco, CA 94103
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

KEKER & VAN NEST, LLP
JON B. STREETER - # 101970
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN BENITEZ, a minor, by BENJAMIN BENITEZ, his guardian ad litem; VICTOR MUNOZ, a minor, by ANGELA MUNOZ, his guardian ad litem; and JESSICA PRENTICE, a minor, by RONALD PRENTICE, her guardian ad litem, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DON MONTOYA, Principal Logan High School, in his personal and official capacities; SUSAN SPEAKMAN Acting Superintendent, New Haven Unified School District, in her official capacity; GWEN ESTES, President, New Haven Unified School District Board of Education, in her personal and official | Case No. C 03 0392 JSW (WDB)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

capacities; BARBARA AROVALLE, JONAS DIÑO, LINDA FERNANDES, JIM NAVARRO, Members, and CATHY KELLEY, Former Member, New Haven Unified School District Board of Education, in their personal and official capacities; RUTH ANN McKENNA, Former Superintendent, New Haven Unified School District, in her personal capacity; LORRIE BARRERA, Logan High School House Three Principal in her personal and official capacities; CRAIG LANG, Logan High School House Principal in his personal and official capacities; JESUS VARELA, Logan High School House Principal in his personal and official capacities; JASON ROBARGE, Logan High School Former Assistant Principal, Activities, in his personal and official capacities; DAN FOWLER, Logan High School Assistant Principal in his personal and official capacities; STERLING BRUNER, Logan High School Administrator, in his personal and official capacities; LISA GARCIA, Logan High School Administrator, in her personal and official capacities; JENNIFER DANIELS CROWELL, Logan High School Administrator, in her personal and official capacities; CITY OF UNION CITY; RANDY ULIBARRI, Police Chief, City of Union City, in his personal and official capacities; UNION CITY POLICE LIEUTENANT DONALD SCHUITEMAKER, in his personal and official capacities; UNION CITY POLICE OFFICERS JEFFREY BILODEAU, TODD BLACKWELL, RAOUL GALINDO, GLORIA LOPEZ-VAUGHN, BOB MARTIN, RAY MUNOZ, DEAN SATO and BRIAN SIMON, in their personal and official capacities; CITY OF FREMONT; POLICE AGENTS WILLIAM CARRATINI and RUSSELL SCHATZINGER, in their personal and official capacities; and DOES 4-25 and 30-50, in their personal and official capacities, inclusive,

       Defendants.

# STIPULATION

WHEREAS the Plaintiffs, on the one hand, and Defendants City of Fremont, William Carratini, and Russell Schatzinger (collectively "the Fremont Defendants"), on the other, have entered into a Settlement Agreement and Mutual Release, which includes as Exhibit A and incorporates by reference an Agreement Re Union City Police Department Policies And Practices (collectively "Settlement Agreement");

WHEREAS the Settlement Agreement provides that the Plaintiffs shall dismiss with prejudice all remaining claims against the Fremont Defendants in the above-captioned action, provided however, that the Court shall retain exclusive jurisdiction over this action for purposes of resolving any disputes that may arise in the future regarding the Settlement Agreement, its terms or the enforcement thereof;

WHEREAS, pursuant to the Settlement Agreement, the City of Fremont, and/or the City of Fremont's insurer will pay attorneys' fees and costs in the total amount of $22,000, which amount constitutes statutory attorneys' fees and costs under 42 U.S.C. Sections 1983 and 1988, California Civil Code Sections 51, 51.7, 52(a) and California Code of Civil Procedure Section 1021.5;

NOW, THEREFORE, pursuant to the Agreement of the Parties, as indicated by their signatures below, the claims against the City of Fremont, William Carratini, and Russell Schatzinger are dismissed with prejudice, PROVIDED HOWEVER, THAT for a period of four (4) years the Court shall retain exclusive jurisdiction over this action and over the Fremont Defendants for purposes of resolving any disputes that may arise in the future regarding the SETTLEMENT AGREEMENT AND MUTUAL RELEASE, including the AGREEMENT RE

UNION CITY POLICE DEPARTMENT POLICIES AND PRACTICES attached thereto as Exhibit A, its terms or the enforcement thereof.

Dated: 10/7/05

KEKER & VAN NEST, LLP

By: _____
JON B. STREETER
Attorneys for Plaintiffs

Dated: 11/4/05

BERTRAND, FOX & ELLIOT

By: _____
GREGORY M. FOX
Attorneys for the Fremont Defendants

[PROPOSED] ORDER

IT IS SO ORDERED.
November 10, 2005

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE